UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN J. BOSWELL,

Plaintiff

# 05 - 80781 CIV-MIDDLEBROOKS
MAGISTRATE
JOHNSON

Case No.

v.

JEFFREY FISHER, and
FISHER & BENDECK, P.A.,

Defendants

_____/

FILED by _____ D.C.

AUG 2 5 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## COMPLAINT

COMES NOW the Plaintiff, John J. Boswell and files this action against Jeffrey

Fisher, Esquire, and the law firm of Fisher & Bendeck P.A. and avers:

### JURISDICTION AND VENUE

1) Plaintiff's claims are filed pursuant to 18 U.S.C. § 2511 and 18 U.S.C. § 2520,

   *et seq.*   Venue and jurisdiction are, therefore, proper pursuant to 18 U.S.C. §

   2511 (1), inter alia, and 18 U.S.C. §2520(a), (b), & (c), inter alia.

### PARTIES

2) Plaintiff, John J. Boswell, was a resident of Palm Beach Gardens, FL, at all

   times material to this action.

3) Defendant, Jeffrey Fisher is a resident of Palm Beach County.

4) Defendant Fisher and the law firm of Fisher & Bendeck have their main offices

   in Palm Beach County.



5) Defendant Fisher & Bendeck, P.A. is vicariously liable for the acts of Jeffrey Fisher, its employee.

FACTS

6) Jeffrey Fisher and Fisher & Bendeck, P.A., do business in the State of Florida as a law firm.

7) On August 28th, 2003, in a deposition of John J. Boswell, Defendant Fisher violated U.S.C.§2511(1)(d), inter alia, when, in a deposition, he used and played an unlawfully recorded tape recording of a telephone conversation between John J. Boswell and a third party, alleged by Fisher to be Paul Walker an employee of ISCO Holding Company, Inc., a company in which John J. Boswell is an officer and shareholder.

8) At the time the recording was made, John Boswell was in his home in Palm Beach Gardens, Florida, and Paul Walker was in the state of Missouri.

9) Defendant Fisher, in spite of warnings by opposing counsel that the use of the recording was unlawful, and in an effort to discredit John Boswell to his children, knowingly and maliciously played and used the recording, and quoted from a transcript of said recording, on the deposition record.

10) On September 23rd, 2003, in a deposition of John J. Boswell, Defendant Fisher violated U.S.C.§2511(1)(d), inter alia, when, in a deposition, he used or endeavored to use unlawfully recorded tape recordings of additional conversations involving John Boswell and read or paraphrased from a transcript of an unlawfully recorded tape recording of a telephone conversation between John J. Boswell and a third party.

## RELIEF REQUESTED

11) John J. Boswell was damaged by the loss of affection of his children, and by the cost of subsequent litigation fostered by the use of the recordings and the use of the transcripts of the recordings.

12) Equitable relief in the form of an injunction to prevent the Defendant from further use of recorded statements involving the Plaintiff, his family, or business associates, in any way, for any purpose;

13) Damages under 18 U.S.C. 2520 and U.S.C.§2511, inter alia, as may be appropriate;

14) Punitive damages under18 U.S.C. 2520 and U.S.C.§2511, inter alia, as may be appropriate;

15) Reasonable attorney fees and other litigation costs reasonably incurred;

16) Plaintiff demands a trial by jury of all causes so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, John J. Boswell, prays for a judgment against the Defendants for the relief as pled herein and for such other and further relief as this Honorable Court deems just and proper under the circumstances.

Lawrence M. Burrell, Jr., P.A.

Lawrence M. Burrell, Jr., Esq.,
FBN: 982342
2880 S.E. Downwinds Road,
Jupiter, Fl 33478
561/747-5705 Fax: 747-0352
Attorney for the Plaintiff

**CIVIL COVER SHEET**

%JS 44   (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

John J. Boswell

**05-80781 CIV-MIDDLEBROOKS**

**MAGISTRATE JOHNSON**

**DEFENDANTS**

Jeffrey D. Fisher and Fisher & Bendeck, P.A.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Palm Beach
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

FILED by _____ D.C.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Lawrence M. Burrell, Jr.P.A.
2880 SE Downwinds Rd
Jupiter, FL 33478

Attorneys (If Known)

AUG 25 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

05CV80781 DMM/LKJ

**(d)** Check County Where Action Arose   ☐ DADE   ☐ MONROE   ☐ BROWARD   ☒ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☒ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity).)

18 USC 2520   Use of unlawfully recorded telephone conversation
18 USC 2511

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $   injunction & damages

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   8-25-05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  232038   AMOUNT  $250.00   APPLYING IFP _____